UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRANDY ANNANAFAYE LOCKE,**

    **Plaintiff,**

v.                                    Case No.  3:23-cv-8281-TKW-MJF

**MARTIN O'MALLEY**, Commissioner,
Social Security Administration**,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision applied the proper legal standards and is supported by substantial evidence. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Commissioner's decision **AFFIRMED** and Plaintiff shall take nothing from this action.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 29th day of January, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**